IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv371

| | | |
|---|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| MCDOWELL COUNTY; DUDLEY GREENE, in his official capacity as Sheriff of McDowell County; JAMES BRANDON WATSON, in his official capacity as a Deputy with the McDowell County Sheriff's Office; KIMBERLY D. FRYE and DAVID L. FRYE as Co-Administrators of the Estate of Kennedy Elizabeth Frye; KATHERINE ELIZABETH FRYE; BRUCE A. ELMORE, JR., as Guardian Ad Litem for Katherine Elizabeth Frye, a minor; KIMBERLY D. FRYE; DAVID L. FRYE; RUTH ANN HUSKINS; and RONNIE HUSKINS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the court's motion for case status. On December 2, 2008, the court entered an Order in which it pointed out a number of concerns as to service of the defendants, the lack of answers from certain defendants, and a corresponding lack of motions for default. Since that time, a number of

-1-

affidavits of service have been filed; however, the court does not believe that all the concerns contained in the Order have been addressed. To that end, the court will require respective counsel to attend a status conference. The court is concerned with who has been served, whether the time for filing a responsive pleading has run as to each defendant, whether defaults will be sought, and when issues will join.

**ORDER**

**IT IS, THEREFORE, ORDERED** that a status conference is **CALENDARED** for Friday, March 6, 2009, at 10 a.m. in Asheville.

Signed: February 17, 2009

Dennis L. Howell
United States Magistrate Judge