# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv371

| | |
|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) ORDER |
| MCDOWELL COUNTY; DUDLEY GREENE, in his official capacity as Sheriff of McDowell County; JAMES BRANDON WATSON, in his official capacity as a Deputy with the McDowell County Sheriff's Office; KIMBERLY D. FRYE and DAVID L. FRYE as Co-Administrators of the Estate of Kennedy Elizabeth Frye; KATHERINE ELIZABETH FRYE; BRUCE A. ELMORE, JR., as Guardian Ad Litem for Katherine Elizabeth Frye, a minor; KIMBERLY D. FRYE; DAVID L. FRYE; RUTH ANN HUSKINS; and RONNIE HUSKINS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the court on the Frye defendants' Motion to Continue the Status Conference. The Frye defendants have shown that the trial of the primary action will be taking place at the same time as the status hearing in this declaratory judgment matter is scheduled. In deference to the trial occurring before

-1-

Honorable James L. Baker, North Carolina Superior Court Judge, this court will stay its hand and reschedule the status conference for Friday, March 13, 2009, at 10 a.m. in Asheville. Judge Baker has for many years been a beloved friend and colleague of the undersigned.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Frye defendants' Motion to Continue the Status Conference (#30) is **GRANTED,** and the **STATUS CONFERENCE** set for March 6, 2009, is **CONTINUED** to March 13, 2009, at 10 a.m. in Asheville.

Signed: February 23, 2009

Dennis L. Howell
United States Magistrate Judge