# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08cv371

| | |
|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) JUDGMENT ) |
| MCDOWELL COUNTY; DUDLEY GREENE, in his official capacity as Sheriff of McDowell County; JAMES BRANDON WATSON, in his official capacity as a Deputy with the McDowell County Sheriff's Office; KIMBERLY D. FRYE and DAVID L. FRYE as Co-Administrators of the Estate of Kennedy Elizabeth Frye; KATHERINE ELIZABETH FRYE; BRUCE A. ELMORE, JR., as Guardian Ad Litem for Katherine Elizabeth Frye, a minor; KIMBERLY D. FRYE; DAVID L. FRYE; RUTH ANN HUSKINS; and RONNIE HUSKINS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** having come before the court in accordance with 28, United States Code, Section 636(c), and on the Frye defendants' Motion to Dismiss Civil Action Under 28 U.S.C. § 2201 (#34), and having carefully considered the arguments

of the parties, as reflected in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Frye defendants' Motion to Dismiss Civil Action Under 28 U.S.C. § 2201 (#34) is **ALLOWED**, the Complaint and all Counterclaims are **DISMISSED** without prejudice as to refiling such in state court, this action is **CLOSED.**

Signed: May 19, 2009

Dennis L. Howell
United States Magistrate Judge